The People of the State of New York ex rel. Degrove Charles Bullock, Appellant, v. Joseph H. Brophy, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

Minnie Diedrich and Herbert C. Daiker, as Executors, etc., of George Daiker, Deceased, Respondents, v. Corn Hill Realty Company, a Domestic Corporation, Appellant, and Others, Defendants.— Order affirmed, with ten dollars

costs and disbursements. All concur. (The order confirms the referee's report and grants a deficiency judgment in a mortgage foreclosure action.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.